```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 23347
    RENEA J BATTISTELLA
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4898


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/12/2007 and was confirmed 03/31/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
ADVOCATE NORTHSIDE HEALT  UNSECURED       NOT FILED             .00             .00
AMC ANESTHESIA LTD        UNSECURED       NOT FILED             .00             .00
AMERICASH LOANS LLC       UNSECURED         1998.67             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED             .00             .00
CAPITAL ONE               UNSECURED          595.86             .00             .00
CATHY A DIVINCENZO MD     UNSECURED       NOT FILED             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED             .00             .00
CHILDRENS MEMORIAL HOSPI  UNSECURED       NOT FILED             .00             .00
CHILDRENS MEMORIAL HOSPI  UNSECURED       NOT FILED             .00             .00
DEPENDON COLLECTION SVC   UNSECURED       NOT FILED             .00             .00
FIFTH THIRD BANK          UNSECURED       NOT FILED             .00             .00
FIRST BANK OF DELWARE     UNSECURED       NOT FILED             .00             .00
GAILEE MEDICAL CTR SC     UNSECURED       NOT FILED             .00             .00
GE MONEY/LOWE'S CONSUMER  UNSECURED          721.78             .00             .00
HSBC CARD SERVICES        UNSECURED       NOT FILED             .00             .00
HSBC CARD SERVICES        UNSECURED       NOT FILED             .00             .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED             .00             .00
LOAN SHOP                 UNSECURED       NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED             .00             .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED             .00             .00
NORTHWESTERN REPRODUCTIV  UNSECURED       NOT FILED             .00             .00
LAKE SHORE OBSTETRICS     UNSECURED       NOT FILED             .00             .00
OBSTETRICS & GYN ULTRASO  UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          761.42             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          313.14             .00             .00
PHEONIX MEDICAL CTR       UNSECURED       NOT FILED             .00             .00
QUICK CLICK LOANS         UNSECURED         2776.37             .00             .00
RMPG                      UNSECURED       NOT FILED             .00             .00
ROQUE POTON MEDICAL GROU  UNSECURED       NOT FILED             .00             .00
RUSH NORTH SHORE MEDICAL  UNSECURED       NOT FILED             .00             .00
SKOKIE EMERGENCY SERVICE  UNSECURED       NOT FILED             .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23347 RENEA J BATTISTELLA
```

```
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED         .00          .00
TARGET NATIONAL BANK      UNSECURED         349.22          .00          .00
PEDIATRIC FACULTY FOUNDA  UNSECURED       NOT FILED         .00          .00
TJF CORP/BAHAMAS MARKETI  UNSECURED       NOT FILED         .00          .00
MIDWEST VERIZON WIRELESS  UNSECURED         969.22          .00          .00
GMAC                      SECURED VEHIC   28088.55       980.36      1528.90
GMAC                      UNSECURED       NOT FILED         .00          .00
JAMES M PHILBRICK         COST OF COLLE     500.00          .00       500.00
HSBC BANK NEVADA NA       UNSECURED        1079.60          .00          .00
BIZAR & DOYLE LLC         DEBTOR ATTY     2,850.00                    887.48
TOM VAUGHN                TRUSTEE                                     338.84
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             4,235.58

PRIORITY                                             .00
SECURED                                         2,028.90
   INTEREST                                       980.36
UNSECURED                                            .00
ADMINISTRATIVE                                    887.48
TRUSTEE COMPENSATION                              338.84
DEBTOR REFUND                                        .00
                   ---------------        ---------------
TOTALS              4,235.58                    4,235.58
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 23347 RENEA J BATTISTELLA